

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-16-2003

# USA v. Pineiro

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1958

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Pineiro" (2003). *2003 Decisions*. Paper 366.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/366

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  02-1958
_____

UNITED STATES OF AMERICA

v.

LUIS PINEIRO,

Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action No. 00-cr-00257-1)
District Judge:  Honorable William H. Yohn

_____

Submitted Under Third Circuit LAR 34.1(a)
on March 3, 2003

Before: ROTH, BARRY and FUENTES, Circuit Judges

(Opinion filed May 9, 2003)

## **ORDER**

IT IS ORDERED that the not precedential opinion in the above case, filed

on May 9, 2003, is hereby withdrawn.

By the Court,


/s/ Jane R. Roth
                    Circuit Judge


Date: June 2, 2003